**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ALICIA E. ERLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:03-CV-889 CAS |
| v. ) | |
| ) | |
| CRACKER BARREL OLD COUNTRY ) | |
| STORE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Fourth Amended Complaint is stricken from the record. (Doc. 97.)

**IT IS FURTHER ORDERED** that plaintiff shall file a Fourth Amended Complaint pursuant to the terms set forth in the Court's Order of May 25, 2005.

_____

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 31st day of May, 2005.